**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) (1) JACOB WATSON, ) (2) AUBREY WATSON, ) (3) JEANIE WATSON, ) (4) CHILD A, a minor, and ) (5) BILL EISENHOUR FUNERAL HOMES, INC., ) ) ) Defendants. ) | Case No. CIV-11-1366-R |

## ORDER

By Order dated February 14, 2012, the Court granted the Motion to Interplead Funds and for Discharge [Dkt. No. 20] filed by Defendant Hartford Life and Accident Insurance Company ("Hartford"). In the Order [Dkt. No. 21], the Court ordered that Hartford was to be dismissed from this action upon payment into the Court's registry of the funds at issue in this interpleader action (the "Plan Benefits").

The Court finds that Hartford has deposited the funds at issue as directed by the Court. Accordingly, Hartford, Sprint/United Management Company ("Sprint") and the employee welfare benefit plan established by Sprint (the "Plan") are hereby discharged and Hartford is dismissed with prejudice from this action and from all liability as to any claims relating to the Plan Benefits. In addition, the Defendants and their agents, heirs or representatives are hereby permanently enjoined and restrained from asserting any claims in any state, federal or other forum against Hartford, Sprint or the Plan relating to the Plan Benefits.

{980514;}

IT IS SO ORDERED this 23rd day of February, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

{980514;}

2